**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HENRIETTA SMITH as next friend of H.K. and N.S., and NICKEIL BETHEA-SMITH,<br><br>        Plaintiffs,<br><br>v.<br><br>STACEY BAINS,<br>KARA PADGETT,<br>AMANDA BROWN,<br>STACEY KELLY,<br>OCTAVIA KEITT,<br>DANIELE CATHEY,<br>JERONIA BOWDEN,<br>TIARRA CARTER,<br>CARYN FORBES, and<br>WELLPATH, LLC,<br><br>        Defendants. | **CIVIL ACTION FILE NUMBER:**<br><br>**1:24-cv-02102-TWT** |
| **SUGGESTION OF BANKRUPTCY AND AMENDED NOTICE OF STAY** | |

NOW COMES, Wellpath, LLC (the "Debtor"), a defendant in the above-captioned proceeding, files this *Suggestion of Bankruptcy and Notice of Stay* and would respectfully show the Court the following:

1

1.     On November 11, 2024, the Debtor filed a *Voluntary Petition for Non-Individuals Filing Bankruptcy* (the "Voluntary Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Bankruptcy Court"), commencing Case No. 24-90563-(ARP).[1]   A copy of the Voluntary Petition is attached hereto as **Exhibit A**.

2.     Pursuant to section 362 of the Bankruptcy Code, the filing of the Voluntary Petition operates as a stay of:

> a.  "[T]he commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the [D]ebtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

---

[1] Wellpath, LLC's bankruptcy petition is one of many, all associated with the petition of Wellpath Holdings, Inc. Chapter 11 bankruptcy case, Case No. 24-90533 ("core proceeding" pursuant to 28 U.S.C. § 157), filed November 11, 2024 in the United States Bankruptcy Court for the Southern District of Texas (Houston Division).  Please see https://dm.epiq11.com/Wellpath for a complete listing of Debtors' claims and to access all filings for all Wellpath-associated Chapter 11 cases.

b. [T]he enforcement, against the [D]ebtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

c. [A]ny act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

d. [A]ny act to create, perfect, or enforce any lien against property of the estate;

e. [A]ny act to create, perfect, or enforce against property of the [D]ebtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

f. [A]ny act to collect, assess, or recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

g. [T]he setoff of any debt owing to the [D]ebtor that arose before the commencement of the case under this title against any claim against the [D]ebtor; and

h. [T]he commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or

concerning the tax liability of a debtor who is an individual for a taxable

period ending before the date of the order for relief under this title."

11 U.S.C. § 362(a).

3.      In addition, on November 12, 2024, the Bankruptcy Court entered an

*Amended Interim Order Enforcing the Automatic Stay* [Docket No. 69] (the "Stay

Order"), pursuant to which the above-captioned proceeding, among other lawsuits

filed as of the Petition Date in which a Debtor is named as one of the defendants

therein, is stayed in its entirety, including the plaintiffs' claims against the non-

Debtor defendants, on an interim basis pursuant to section 362 of the Bankruptcy

Code.  A copy of the Stay Order is attached hereto as **Exhibit B**.

4.      As a result of the operation of the automatic stay and the Bankruptcy

Court's Amended Interim Order, all lawsuits in which a Debtor is named as a

defendant, in this case Wellpath, LLC, are "*stayed in their entirety*, *including the

plaintiffs' claims against non-Debtor defendants,"* from any further continuation of

their respective proceedings until such time as the Bankruptcy Court may order

otherwise.

5.      In this case, the non-Debtor defendants include Tiarra Carter, Jeronia

Bowden, and Caryn Forbes.

6.     The automatic stay and the extension of the stay to non-Debtor defendants imposed by the Bankruptcy Court's Amended Interim Order has not been lifted or otherwise modified and remains in effect.

7.     Additional information regarding the status of the Chapter 11 action may be obtained by (i) reviewing the docket in the Chapter 11 case, available electronically at https://pacer.uscourts.gov/ (login required) or (ii) https://dm.epiq11.com/Wellpath.

8.     The Debtor reserves its right to bring an action in the Bankruptcy Court for any violation of the automatic stay.

WHEREFORE, PREMISES CONSIDERED, Wellpath, LLC prays that this Court take notice of the automatic stay and that further action be stayed and for such other and further relief as to which it may be justly entitled.

Respectfully submitted this 15th day of November, 2024.

Hall Booth Smith, PC

1450 Greene Street, Suite 220
Augusta, Georgia 30901
Telephone: (706) 494-2690
Facsimile: (706) 209-0364
rdaitch@hallboothsmith.com
jwilson@hallboothsmith.com

*/s/ Robin Daitch*
ROBIN DAITCH
Georgia Bar No. 376288
JACOB WILSON
Georgia Bar No. 274838

*Counsel for Defendants Wellpath, LLC;*
*Tiarra Carter; Jeronia Bowden; and*
*Caryn Forbes*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1 (D), the undersigned hereby certifies that the foregoing document has been prepared in Times New Roman 14, a font and type selection approved by the Northern District of Georgia in LR 5.1(B) and LR 5.1(C).

This 15th day of November 2024.

Hall Booth Smith, PC

1450 Greene Street, Suite 220
Augusta, Georgia 30901
Telephone: (706) 494-2690
Facsimile: (706) 209-0364
rdaitch@hallboothsmith.com
jwilson@hallboothsmith.com

*/s/ Robin Daitch*
ROBIN DAITCH
Georgia Bar No. 376288
JACOB WILSON
Georgia Bar No. 274838
*Counsel for Defendants Wellpath, LLC; Tiarra Carter; Jeronia Bowden; and Caryn Forbes*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing **SUGGESTION OF BANKRUPTCY AND AMENDED NOTICE OF STAY** upon all parties to this matter via the CM/ECF system which will automatically send electronic notifications to the following:

<table>
<tr>
<td>
G. Brian Spears, Esq.<br>
Jeff Filipovits, Esq.<br>
Wingo F. Smith, Esq.<br>
SPEARS & FILIPOVITS, LLC<br>
315 W. Ponce de Leon Ave., Ste. 865<br>
Decatur, Georgia 30030<br>
bspears@civil-rights.law<br>
jeff@civil-rights.law<br>
wingo@civil-rights.law<br>
<i>Counsel for Plaintiffs</i>
</td>
<td>
William Dixon James, Esq.<br>
WM. DIXON JAMES, PC<br>
One Decatur Town Center<br>
150 East Ponce de Leon Avenue<br>
Suite 260<br>
Decatur, Georgia 30030<br>
DixonJames@DixonJamesLaw.com<br>
<i>Counsel for Plaintiffs</i>
</td>
</tr>
</table>

Lauren S. Bruce, Esq.
Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, Georgia 30090
Lauren.Bruce@CobbCounty.org
*Counsel for Defendants Amanda Brown,*
*Daniele Cathey, Octavia Keitt, Stacey Kelly,*
*Kara Padgett and Stacey Bains*

This 15th day of November 2024.

Hall Booth Smith, PC

1450 Greene Street, Suite 220
Augusta, Georgia 30901
Telephone: (706) 494-2690
Facsimile: (706) 209-0364
rdaitch@hallboothsmith.com
jwilson@hallboothsmith.com

/s/ Robin Daitch
ROBIN DAITCH
Georgia Bar No. 376288
JACOB WILSON
Georgia Bar No. 274838
*Counsel for Defendants Wellpath, LLC; Tiarra Carter; Jeronia Bowden; and Caryn Forbes*