UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HENRIETTA SMITH as next friend of H.K. and N.S, and NICKEIL BETHEA-SMITH,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>STACEY BAINS,<br>KARA PADGETT,<br>AMANDA BROWN,<br>STACEY KELLY,<br>OCTAVIA KEITT,<br>DANIELE CATHEY,<br>JERONIA BOWDEN,<br>TIARRA CARTER,<br>CARYN FORBES, and<br>WELLPATH, LLC<br><br>　　Defendants. | 1:24-cv-02102-TWT |

## PLAINTIFFS' MOTION TO SUBSTITUTE AND ADD PARTIES

Plaintiffs respectfully move this Court pursuant to Fed. R. Civ. P. 19 and 25 to substitute Hadiya Kennerly (formerly known as H.K.), who has turned eighteen years old, and to add Plaintiff Henrietta Smith in her capacity as the Administrator of the Estate of Nicole Smith.

Because Defendant Wellpath, LLC's bankruptcy is confirmed, Plaintiffs also move to retain Defendant/Debtor Wellpath, LLC, as a nominal defendant, while adding its liquidating trust, Wellpath Liquidating Trust, as the real party in interest.

Plaintiffs anticipate that if this Court grants their motion, they will file an amended complaint in which the Estate's pre-death pain and suffering claims are added, and that the case style will be corrected to reflect Hadiya Kennerly as a Plaintiff, and Defendant Wellpath, LLC as the nominal Defendant for the Wellpath Liquidating Trust.

In support of Plaintiffs' motion, they show the following:

1. Nicole Smith died in May 2022, after committing suicide in the Cobb County Jail.
2. Plaintiffs filed this wrongful death action in May 2024. Doc. 1.
3. Plaintiffs are Nicole Smith's children.
4. At the time of filing, Hadiya Kennerly was a seventeen-year-old, minor child under the care of her grandmother, Henrietta Smith.
5. Plaintiff Kennerly has turned eighteen since the institution of this action.
6. At the time of filing, Henrietta Smith had not petitioned for Letters of Administration for her daughter's estate. Nicole's estate is the holder of the pain and suffering damages that belonged to Nicole Smith prior to her death.
7. Following application and appointment, Plaintiff Henrietta Smith was sworn in as the Administrator of the Estate of Nicole Smith in January 2025 and received her Letters of Administration from the Probate Court of Cobb County, granting her the powers and responsibilities of Administrator. A copy of her Letters of Administration is attached as Ex. A.

8. On or about November 12, 2024, Defendant/Debtor Wellpath, LLC, filed for bankruptcy in the Eastern District of Texas. Doc. 25.

9. The bankruptcy stay remained in place against all Defendants until the Bankruptcy Court issued an order providing partial relief from the stay in late February 2025. Doc. 24, 24-1.

10. That order did not remove the protection of the stay from Defendant/Debtor Wellpath, LLC. *Id*.

11. On April 25, 2025, the Parties submitted a new joint preliminary report and discovery plan. Doc. 40. This Court then issued its scheduling order. Doc. 42.

12. Under the scheduling order, the deadline by which Plaintiffs can amend the pleadings is May 26, 2025.

13. On or about May 1, 2025, the bankruptcy court entered an order confirming the reorganization plan of Defendant/Debtor Wellpath, LLC. A copy of the order is attached as Ex. B.

14. The confirmation order became effective on or about May 9, 2025. A copy of the notice of effective date is attached as Ex. C.

15. After the effective date, the extended automatic stay is lifted and Wellpath, LLC, is discharged from its obligations.

16. As provided for in the plan, the Wellpath Liquidating Trust is the real party in interest for Plaintiffs' claims (and those of the Estate of Nicole Smith[1]), as the trust has assumed the general unsecured debts of Defendant/Debtor Wellpath, LLC. Ex. B at 107 (Assumption of General Unsecured Claims by the Liquidating Trust).

17. Now that the stay is lifted, Plaintiffs move to substitute Ms. Kennerly, add Henrietta Smith as the administrator of Nicole Smith's estate, and add the real party in interest for Defendant/Debtor Wellpath, LLC, the Wellpath Liquidating Trust.

18. Plaintiffs requested Defendants' position on this motion. Defendants Kelly, Keitt, and Cathey do not object to the relief sought. The remaining Defendants have not responded to Plaintiffs' counsel's email.

WHEREFORE, Plaintiffs request that this Court grant their motion and give Plaintiffs leave to file an amended Complaint substituting and adding parties as discussed above.

    Submitted on May 23, 2025.

                                            **Jeff Filipovits**
                                            Jeff Filipovits
                                            Georgia Bar No. 825553

---

[1] After receiving her Letters of Administration, Plaintiff Henrietta Smith filed a claim in the bankruptcy court on behalf of the Estate and opted out of the Plan's third-party release, just as Plaintiffs-holders of the wrongful death case had.

| | |
|---|---|
| SPEARS & FILIPOVITS, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>404-905-2225<br>jeff@civil-rights.law<br>wingo@civil-rights.law | **Wingo F. Smith**<br>Wingo F. Smith<br>Georgia Bar No. 147896 |
| | **William Dixon James**<br>William Dixon James<br>Georgia Bar No. 003989 |
| WM. DIXON JAMES, P.C.<br>One Decatur Town Center<br>150 East Ponce de Leon Avenue<br>Suite 260<br>Decatur, Georgia 30030<br>(404) 373-0072<br>DixonJames@DixonJamesLaw.com | |

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing document by filing the same via CM/ECF which will electronically generate notice and service to all counsel of record.

Submitted on May 23, 2025.

|  |  |
|---|---|
|  | **Wingo F. Smith**<br>Georgia Bar No. 147896<br>wingo@civil-rights.law |
| SPEARS & FILIPOVITS, LLC<br>315 W. Ponce de Leon Ave.<br>Suite 865<br>Decatur, GA 30030<br>404-905-2225 |  |